UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------X
MARC CURTIS

                              Plaintiff(s),

                     -against-

THE CITY OF NEW YORK,
P.O. CESAR CASTILLO,
Shield No. 18545, Tax Registry No. Unknown,
"John Doe" and "Ronald Roe"
and various other unknown officers of the
NEW YORK CITY POLICE DEPARTMENT

                              Defendants.
------------------------------------------------------------------X

**08-cv-2795 (HB)**

**PLAINTIFF'S INITIAL DISCLOSURES**

      Plaintiff, Marc Curtis, by his attorneys, Kreisberg & Maitland, LLP, as and for his initial disclosure pursuant to Rule 26(a)(1), Fed.R.Civ.P., stats as follows:

      1. Names and addresses of individuals likely to have discoverable information.

      a. Plaintiff, Marc Curtis, 1325 Rosedale, Bronx, New York 10472

      b. Defendant, P.O. Cesar Castillo, Manhattan North Anti-Crime, 530 West 126th Street, New York, New York, 10027 and/or NYPD, 1 Police Plaza, New York New York, 10038.

      c. Police Officer JohannaUrena, NYPD, 1 Police Plaza, New York, New York, 10038

      2. Documents -

      a.     Notices of Claim for plaintiff, filed February 22, 2007 and April 18, 2007,

    annexed hereto as Exhibit "A".

  b. Criminal Complaint against Marc Curtis, Docket No. 2006NY086610, annexed hereto as Exhibit "B".

Dated: New York, New York
    July 11, 2008

          KREISBERG & MAITLAND, LLP
          Attorneys for Plaintiffs
          14 Penn Plaza
          New York, New York 10122
          (212) 629-4970

          By: _____
            Gary Maitland (GM-8763)

TO: City of New York
   Corporation Counsel
   100 Church Street
   New York, New York 10007
   ATTN: Joyce Campbell Priveterre, Esq.

Case 1:08-cv-02795-HB    Document 7    Filed 07/25/2008    Page 3 of 12

Exhibit A

X13-Notice of Claim against The City of New York:
Section 50e General Municipal Law. 6-83

*In the Matter of the Claim of*

**MARC CURTIS**

*against*

**THE CITY OF NEW YORK, THE NEW YORK CITY POLICE DEPARTMENT, P.O. CESAR CASTILLO, Shield No. 18545, and VARIOUS UNKNOWN NAMED POLICE OFFICERS**

TO: COMPTROLLER OF THE CITY OF NEW YORK

*PLEASE TAKE NOTICE* that the undersigned claimant hereby makes claim and demand against the City of New York, as follows: [Office of the Comptroller requests the following additional information: in Section 2, specific defect (e.g. pothole), if applicable; in Section 3, street address wherever possible.]

*1. The name and post-office address of each claimant and claimant's attorneys is:*

Marc Curtis
Claimant
1325 Rosedale Avenue
Bronx, NY 10472

Kreisberg & Maitland, LLP
14 Penn Plaza at
225 West 34th Street, Suite 1000
New York, New York 10122
(212) 629-4970

*2. The nature of the claim:*

False arrest, excessive use of force, unlawful imprisonment, malicious prosecution, negligence, assault, battery, negligent hiring, training and supervision of involved police officers, violation of state and federal civil rights

*3. The time when, place where and the manner in which the claim arose:*

On December 19, 2006, at approximately 11:30 p.m., in the vicinity of 204th Street and Nagle Avenue in New York, New York, Police Officer Cesar Castillo, Shield No. 18545 of the 34th Precinct and approximately three other police officers whose names are unknown, did wrongfully and unlawfully place hands on Marc Curtis, handcuffing and arresting Marc Curtis without any probable cause to do so. Mr. Curtis was then transported to the 34th Precinct, then to Central Booking and was not released from custody until he was arraigned on December 21, 2006 at approximately 6:00 p.m., over forty (40) hours later. Mr. Curtis was charged with crimes he did not commit and if forced to defend to this day under Docket No. 2006NY086610.

*4. The items of damage or injuries claimed are:*

physical and psychological and emotional injuries

**TOTAL AMOUNT CLAIMED:   NOT LESS THAN TWO HUNDRED FIFTY THOUSAND DOLLARS ($250,000.00 Minimum)**

  *The undersigned claimant therefore presents this claim for adjustment and payment. You are hereby notified that unless it is adjusted and paid within the time provided by law from the date of presentation to you, the claimant intends to commence an action on this claim.*

Dated:

                 _____
                 MARC CURTIS

_____
KREISBERG & MAITLAND, LLP
Attorneys for Claimant
14 Penn Plaza at
225 West 34th Street, Suite 1000
New York, New York 10122
(212) 629-4970


## INDIVIDUAL VERIFICATION

State of New York, County of New York ss.:

### MARC CURTIS

*being duly sworn, deposes and says that deponent is the claimant in the within action; that he has read the foregoing Notice of Claim and knows the contents thereof; that the same is true to deponent's own knowledge, except as to the matters therein stated to be alleged on information and belief, and that as to those matters deponent believes it to be true.*

Sworn to before me, this
_____ day of February, 2007

_____
Notary Public

JEFFREY L. KREISBERG
Notary Public, State of New York
No. 02KR4962731
Qualified in Suffolk County
Commission Expires Feb. 26, 2010

X13-Notice of Claim against The City of New York:
Section 50e General Municipal Law. 6-83

*In the Matter of the Claim of*

**MARC CURTIS**

*against*

**THE CITY OF NEW YORK, THE NEW YORK CITY POLICE DEPARTMENT, P.O. CESAR CASTILLO, Shield No. 18545, and VARIOUS UNKNOWN NAMED POLICE OFFICERS**

TO: COMPTROLLER OF THE CITY OF NEW YORK

*PLEASE TAKE NOTICE that the undersigned claimant hereby makes claim and demand against the City of New York, as follows:* [Office of the Comptroller requests the following additional information: in Section 2, specific defect (e.g. pothole), if applicable; in Section 3, street address wherever possible.]

*1. The name and post-office address of each claimant and claimant's attorneys is:*

Marc Curtis
Claimant
1325 Rosedale Avenue
Bronx, NY 10472

Kreisberg & Maitland, LLP
14 Penn Plaza at
225 West 34th Street, Suite 1000
New York, New York  10122
(212) 629-4970

*2. The nature of the claim:*

False arrest, excessive use of force, unlawful imprisonment, malicious prosecution, negligence, assault, battery, negligent hiring, training and supervision of involved police officers, violation of state and federal civil rights

*3. The time when, place where and the manner in which the claim arose:*

On December 19, 2006, at approximately 11:30 p.m., in the vicinity of 204th Street and Nagle Avenue in New York, New York, Police Officer Cesar Castillo, Shield No. 18545 of the 34th Precinct and approximately three other police officers whose names are unknown, did wrongfully and unlawfully place hands on Marc Curtis, handcuffing and arresting Marc Curtis without any probable cause to do so. Mr. Curtis was then transported to the 34th Precinct, then to Central Booking and was not released from custody until he was arraigned on December 21, 2006 at approximately 6:00 p.m., over forty (40) hours later. Mr. Curtis was charged with crimes he did not commit and was forced defend under Docket No. 2006NY086610 until all charges were dismissed on March 27, 2007.

*4. The items of damage or injuries claimed are:*

physical and psychological and emotional injuries

**TOTAL AMOUNT CLAIMED:   NOT LESS THAN TWO HUNDRED FIFTY THOUSAND DOLLARS ($250,000.00 Minimum)**

    *The undersigned claimant therefore presents this claim for adjustment and payment. You are hereby notified that unless it is adjusted and paid within the time provided by law from the date of presentation to you, the claimant intends to commence an action on this claim.*

Dated: 4/13/07

                                                      MARC CURTIS

KREISBERG & MAITLAND, LLP
Attorneys for Claimant
14 Penn Plaza at
225 West 34th Street, Suite 1000
New York, New York 10122
(212) 629-4970

## INDIVIDUAL VERIFICATION

State of New York, County of New York   ss.:

### MARC CURTIS

being duly sworn, deposes and says that deponent is the claimant in the within action; that he has read the foregoing Notice of Claim and knows the contents thereof; that the same is true to deponent's own knowledge, except as to the matters therein stated to be alleged on information and belief, and that as to those matters deponent believes it to be true.

                                                      MARC CURTIS

Sworn to before me, this
13th day of April, 2007

_____
Notary Public

       **GARY MAITLAND**
   **Notary Public, State of New York**
          No. 4714366
    Qualified in New York County
  Commission Expires March 30, 20 10

Case 1:08-cv-02795-HB   Document 7   Filed 07/25/2008   Page 8 of 12

Exhibit B

CRIMINAL COURT OF THE CITY OF NEW YORK
COUNTY OF NEW YORK

Page 1 of 2

| THE PEOPLE OF THE STATE OF NEW YORK<br>-against-<br><br>1. Marc Curtis (M 40) <br>712600<br><br>Defendant. | MISDEMEANOR |
|---|---|

Police Officer Cesar Castillo, shield 18545 of the 034 Precinct, states as follows:

On December 19, 2006, at about 23:25 hours at 562 Academy Street in the County and State of New York, the Defendant committed the offenses of:

1. PL140.15   Criminal Trespass in the Second Degree
              (1 count)
2. PL265.01(1)  Criminal Possession of a Weapon in the Fourth Degree
              (1 count)

the defendant knowingly entered and remained unlawfully in a dwelling; and the defendant possessed a gravity knife.

The offenses were committed under the following circumstances:

Deponent states that while on patrol inside the above location, an apartment building where people reside, deponent observed the defendant inside the lobby of the dwelling beyond the vestibule and that said location is beyond a posted sign which read, "No Trespassing", "Tenants and their Guests Only" and "in part, Anyone who remains unlawfully upon these premises will be prosecuted".

Deponent further states that defendant is not a tenant in that the defendant provided an address different from the above location and defendant is not an invited guest in that the defendant was unable to provide the identity of a resident of whom defendant was an invited guest.

Deponent determined that the defendant did not have permission or authority to be inside the dwelling based on information and belief the source of which is as follows: the attached owner's/managing agent affidavit.

CRIMINAL COURT OF THE CITY OF NEW YORK
COUNTY OF NEW YORK

Page 2 of 2

THE PEOPLE OF THE STATE OF NEW YORK | MISDEMEANOR
-against-

1. Marc Curtis (M 40)


712600

Defendant.

Deponent states that deponent is informed by Police Officer Johanna Urena, shield # 8512 of the 34 Precinct, that informant recovered a gravity knife from defendant's belt.

Deponent further states that deponent is informed by informant that said knife was a gravity knife because informant opened the knife with centrifugal force by flicking informant's wrist while holding the knife, and the blade in the open position. Deponent further states that deponent is informed by informant that said knife does not require manual locking.

False statements made herein are punishable as a class A misdemeanor pursuant to section 210.45 of the penal law.

_____        12/20/06   2155 HRS
Deponent                        Date and Time

ACT 5 Version 4.2.0 Created on 12/20/06 7:12 PM

**New York City Criminal Court**
**New York County**
**Misdemeanor Complaint**

The People of the State of New York
vs.
**Defendant:**
1. MARC CURTIS (M 40)
   M06700543 12/19/2006 23:25
   1325 ROSEDALE AVE
   BRONX NY

**Charges:**
PL140.15
PL265.01(1)

**Docket Number:**
2006NY086610

AR2

2.

3.

4.

Interpreter: Language _____   Screener: Chiara, John - Trial Bureau 40

| **Notices Served at Arraignment:** | **Adjournment:** |
|---|---|
| ☐ CPL 710.30(1)(A) - Statement | Part: _____ Date: _____ |
| ☐ CPL 710.30(1)(B) - Identification | **Bail Condition:** |
| ☐ CPL 250.20 - Alibi | |
| ☐ PL 450.10(48 hrs /15 days) - Property | _____/_____ |
| ☐ CPL 170.20 - Grand Jury | (Ins. Co. Bail Bond)   (Cash Bail) |
| ☐ Cross Grand Jury | ☐ ART 730 Exam Ordered |
| ☐ OTHER: _____ | ☐ Protective Custody |

**Documents:**
**Served at Arraignment:**   **Needed For Conversion**
☐ Supporting Deposition  ☐
☐ DMV Abstract  ☐
☐ Lab Report/ Field Test  ☐
☐ DWI Paperwork  ☐
☐ Domestic Incident Report
☐ Family Registry
☐ Underlying T.O.P.  ☐

☐ Medical Attention
☐ Psychiatric Evaluation
☐ Suicide Watch
☐ Deemed an Information
Defense Motions Due:
_____
☐ T.O.P./ F.O.P.

**Disposition:**
☐ ACD – CPL 170.55
☐ ACD – CPL 170.56
☐ Waives Prosecution by Information and Pleads Guilty to PL 240.20/ _____
☐ Investigation & Sentenced Ordered
☐ DNA–Eligible Misdemeanor
☐ DNA Sample Taken

**Sentence (or Promise):**
_____ days jail
Conditional Discharge:
_____ Days Community Service
_____ Days Jail Alternative
Other: _____
Mandatory Surcharge (and CVA):
☐ Judgment Entered – All Fees
☐ $160 Misd.  ☐ $95 Viol.  ☐ $50 VTL
☐ $185 VTL1192 Misd.  ☐ $75 VTL1192(1) Infrac.
☐ $50 - DNA Fee

Arresting Officer   Court Reporter   Date   Part
034 Precinct18545Cesar Castillo

**Judge** _____

## AFFIDAVIT OF SERVICE

STATE OF NEW YORK            )
                             ) ss.:
COUNTY OF NEW YORK           )

CHARMAINE MEDFORD, being duly sworn, states as follows:

I am over 18 years of age, not a party to the within action, and reside at Great Neck, New York.

On July 25, 2008, I served the annexed PLAINTIM-S DISCLOSURE upon the person(s) or parties designated below by mailing a true and complete copy of same in a postage pre-paid envelope, and depositing same in a post office or official depository of the United States Postal Service within New York State, at the last known address of the addressee(s) as set forth herein.

> City of New York
> Corporation Counsel
> 100 Church Street
> New York, New York 10007
> ATTN:    Joyce Campbell Priveterre

_____
CHARMAINE MEDFORD

Sworn to before me this
25th day, July, 2008

_____
Notary Public

JILL MENDELBERG
Notary Public, State of New York
No. 02ME6159046
Qualified in Kings County
Commission Expires January 16, 2011